**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 20-cv-02512 |
| | ) | |
| COLUMN5 CONSULTING, LLC | ) | |
| an Arizona LLC and | ) | |
| DAVID DEN BOER, an individual | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE
TO CONVERT TO A DISMISSAL WITH PREJUDICE.**

The Parties, Michael Sullivan, Column5 Consulting, LLC, and David Den Boer, by and through their counsel, respectfully submit the following Joint Stipulation to Dismiss as follows:

The Parties report that with the ongoing assistance of the Honorable Gabriel A. Fuentes they have reached a confidential settlement that disposes of this matter and resolves all claims.

Pursuant to the terms of the Parties' agreement, they stipulate to the dismissal of this action without prejudice to convert to a dismissal with prejudice on December 28, 2021 unless, on or before that date, Plaintiff files a motion to reinstate the case, enforce the Parties' Agreement, or requests additional time to file a motion to reinstate or enforce the Agreement. The Court to retain jurisdiction over this matter until the conversion to a dismissal with prejudice. Each party to bear its own attorney's fees and costs, except were provided under the Parties' Agreement.

| | |
|---|---|
| Dated: June 17, 2021 | Respectfully submitted, |
| */s/* John Kunze<br>One of Plaintiff's Attorneys | /s/ Joseph P. Lombardo (with consent) |
| David Fish<br>Kimberly Hilton<br>John Kunze<br>The Fish Law Firm, P.C.<br>200 East Fifth Avenue, Suite 123<br>Naperville, IL 60563<br>Tel: 630.355.7590<br>Fax: 630.778.0400 | Joseph P. Lombardo<br>Eric S. Silvestri<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312)845-3000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |